**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61593-BLOOM/Valle**

EQUAL ACCESS ACTION NETWORK,

and

ANNETH LEZCANO and JACK KANG,
individually, and on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

PET SUPERMAKET, INC.,

      Defendant.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [7]

("Notice"), filed on July 9, 2019.  The Court has carefully reviewed the Notice and the record, and

is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as

follows:

     1. The Notice, **ECF No. [7]** is **APPROVED** and **ADOPTED**;

     2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

     3. Each party shall bear its own attorneys' fees and costs;

     4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT**

        and all deadlines are **TERMINATED**;

     5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-61593-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 9, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record